UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                            :      **ORDER**

v.                           :

                            :      18 CR 503 (VB)

JAMAL BRYANT,               :

               Defendant.      :
--------------------------------------------------------------x

       In a submission dated July 23, 2020, defendant Jamal Bryant moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #16).

       Section 3582(c)(1)(A)(i) authorizes the Court to reduce a term of imprisonment previously imposed for "extraordinary and compelling reasons."  However, the statute contains an explicit exhaustion requirement that must be complied with <u>prior</u> to the filing of such a motion:  "[T]he court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . if it finds that . . . extraordinary and compelling reasons warrant such a reduction."

       Defendant does not claim to have exhausted his administrative rights.  The Court does not have the power to waive the exhaustion requirement.  <u>See</u>, <u>e.g.</u>, <u>United States v. Ogarro</u>, 2020 WL 1876300, at *3–5 (S.D.N.Y. Apr. 14, 2020); <u>United States v. Roberts</u>, 2020 WL 1700032, at *2 (S.D.N.Y. Apr. 8, 2020).

       Accordingly, the motion is DENIED WITHOUT PREJUDICE to refiling after defendant demonstrates that the exhaustion requirement has been satisfied.

       Chambers will mail a copy of this Order to defendant at the following address:

       Jamal Bryant, Reg. No. 85944-054
       FCI Beckley
       Federal Correctional Institution
       P.O. Box 350
       Beaver, WV 25813

Dated: July 31, 2020
       White Plains, NY           SO ORDERED:

                                     Vincent L. Briccetti, U.S.D.J.