UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                          :

v.                                                :

JAMAL BRYANT,                                     :
                     Defendant.          :
------------------------------------------------------------x

Copies Mailed/Faxed 2/21/24
Chambers of Vincent L. Briccetti

**ORDER**

18 CR 503 (VB)

     The Court has been advised that the defendant has been arrested by local police on charges related to the conduct underlying the Amended Violation of Supervised Release ("VOSR") Report dated February 15, 2024, and is currently in state custody.  Thus, it is unlikely that Mr. Bryant will be able to appear in this Court tomorrow, February 22, 2024, for the scheduled Faretta hearing.

     Accordingly, the Faretta hearing scheduled for February 22, 2024, is adjourned to **March 12, 2024, at 12:00 p.m.**, to be held in courtroom 620 at the U.S Courthouse in White Plains.

     The government shall advise the Court promptly if it learns that Mr. Bryant has been released from state custody, and, in any event, the government shall provide the Court with an update as to the status of Mr. Bryant's state case by no later than March 8, 2024.

     Mr. Bryant is reminded that it is a condition of his release that he appear in Court for the Faretta hearing on March 12, 2024, at 12:00 p.m.

     Chambers will mail a copy of this Order to defendant at the following address:

Jamal Bryant
80 Nob Hill Drive
Elmsford, NY  10523

Dated: February 21, 2024
       White Plains, NY

                       SO ORDERED:

                       Vincent L. Briccetti
                       United States District Judge